Tom PAYNE v. STATE.
6 Div. 710.

Court of Appeals of Alabama.
May 7, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.

A. H. PEINHARDT v. Otto YORK.
6 Div. 528.

Court of Appeals of Alabama.
April 10, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed by consent.

A. D. PENYGRAFF v. STATE.
8 Div. 214.

Court of Appeals of Alabama.
Nov. 5, 1935.

BRICKEN, Presiding Judge.
Affirmed.

Mrs. Ollie PHILLIPS v. STATE.
7 Div. 988.

Court of Appeals of Alabama.
Jan. 16, 1934.

SAMFORD, Judge.
Appeal dismissed.

Harold G., alias H. G., PITTMAN v. STATE.
1 Div. 204.

Court of Appeals of Alabama.
June 28, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

Louis PIZITZ v. Carrie WEAVER.
6 Div. 885.

Court of Appeals of Alabama.
Oct. 8, 1935.

J. P. Mudd, of Birmingham, for appellant.

B. F. Smith, of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed by agreement.

Allie PLIER v. STATE.
5 Div. 909.

Court of Appeals of Alabama.
Nov. 28, 1933.

RICE, Judge.
Affirmed.

Louis POOLE v. STATE.
8 Div. 831.

Court of Appeals of Alabama.
Jan. 30, 1934.

SAMFORD, Judge.
Affirmed.